UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | IN PROCEEDING |
| SIMEON WASHA AMEN RA, | ) | UNDER CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 23-01833 |
| | ) | JUDGE: Doanld R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF FILING & CERTIFICATE OF SERVICE

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 0 1 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

Please take notice that on August 03, 2023, at 10:00 a.m., I will appear before the Honorable Judge Donald R. Cassling or any judge sitting in his place, either in court room 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604, or electronically as described below, and present the Response to Objections. This Notice and Objection along with supporting documents was filed electronically with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 was filed on April 18, 2023. a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**
You may appear electronically by video or by telephone:
**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
**Meeting ID and passcode.** The meeting ID is 161 414 7941, and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

Notified via Electronic Filing
Patrick S Layng, U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov
Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Ste., 3850 Chicago, IL 60603
thomas.h.hooper@chicagoch13.com
Richard B Aronow on behalf of Creditor Nationstar Mortgage LLC, LOGSECF@logs.com, raronow@logs.com
Chuck King on behalf of City of Chicago Dept of Law-Bankrkuptcy
Chuck.king@cityofchicago.org

Respectfully submitted, By: /s/ Simeon Washa Amen Ra
Simeon Washa Amen Ra

SIMEON W AMEN RA
7236 S MICHIGAN AVE
CHICAGO, IL 60619